UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ISAAC ALTMAN, for himself and all others similarly
   situated,

                                                    13-cv-6502 (ARR) (CLP)

                       Plaintiff,

   - against -                                             NOTICE OF APPEAL

J.C. CHRISTENSEN & ASSOCIATES, INC.,

                     Defendant.
---------------------------------------------------------------------X

     Notice is hereby given that Plaintiff ISAAC ALTMAN, for himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this Action on the 11th day of June, 2014, [ECF No. 31], and the Opinion and Order entered in this Action on the 11th day of June, 2014, [ECF No. 30].

Dated: Brooklyn, New York
       June 19, 2014

                                                     KORSINSKY & KLEIN, LLP

                                                     By:    */s/ Michael Korsinsky*
                                                             Michael Korsinsky
                                                 2926 Avenue L
                                                 Brooklyn, New York 11210
                                                 Email: *mk@kklawfirm.com*
                                                 *Attorneys for Plaintiff and the Class*

To:  KAUFMAN BORGEEST & RYAN LLP
      Jonathan B. Bruno, Esq.
      Alex Niederman, Esq.
      120 Broadway
      New York, NY 10271
      212-980-9600
      *Attorney for Defendant*